# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR EUGENE TYES, | CV F   04 5003 REC LJO P |
| Plaintiff, | |
| v. | ORDER DISREGARDING MOTION TO COMPEL (Doc. 11.) |
| J.D. SCOTT, | |
| Defendants. | |

    On April 27, 2005, this Court issued Findings and Recommendations that the action be dismissed for failing to state a claim for relief.  The District Court adopted the Findings and Recommendations on June 9, 2005, and entered judgment the same day.  The Court indicated that the case was closed.

    On January 26, 2006, Plaintiff filed a Motion to Compel.  As noted above, however, the case was closed on June 9, 2005.  Accordingly, as the case is closed, the Motion to Compel is DISREGARDED.

IT IS SO ORDERED.

**Dated:   February 7, 2006**          /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE